# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50233
Summary Calendar

---

United States of America,

Plaintiff—Appellee,

versus

Josie Louisa Molina,

Defendant—Appellant.

United States Court of Appeals
Fifth Circuit

**FILED**
November 6, 2023

Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-195-1

---

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Josie Louisa Molina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Molina has filed a response and moved for the appointment of substitute counsel. We have reviewed counsel's brief and the relevant

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50233

portions of the record reflected therein, as well as Molina's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Molina's motion for the appointment of new counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).